UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

AMY ROTA,
Plaintiff,

v.

GORDON'S JEWELER'S
& ZALE CORPORATION
Defendant.

C. No. 04-217L

**JOINT MOTION TO ENLARGE DISCOVERY**

Plaintiffs Amy Rota and Defendants Gordon's Jeweler's and Zale Corporation hereby submit this motion to enlarge the time for discovery until August 10, 2005. Counsel seek this extension of time because plaintiff, Amy Rota, has been experiencing a recent illness which therefore has delayed the taking of her deposition.

AMY ROTA

By her Attorney,

Stephen T. Fanning, Esq. (#3900)
305 South Main Street
Providence, RI 02903
Tel. (401) 272-8250.
Fax: (401) 272-4520

GORDON'S JEWELER'S AND ZALE CORPORATION,

By their Attorneys,

HOLLAND & KNIGHT LLP

Neal J. McNamara (#4249)
Robert J. Crohan Jr. (#6516)
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax. (401) 553-6850

Dated: May 27, 2005

Granted: Ronald R. Lagueux
Sr. USDJ 6/1/05