UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

AMY ROTA,
Plaintiff

C.A. No.04-217 L

GORDON'S JEWELERS &
ZALE CORPORATION,
Defendants

**PLAINTIFF'S MOTION TO COMPEL THE DEPOSITION OF SCOTT HAYES**

Now comes the Plaintiff and files this Motion to Compel the Deposition of Scott Hayes.

As background to her Motion, Plaintiff asserts that she first noticed Defendants that she wished to take the deposition of Scott Hayes, Regional Manager of Gordon's Jewelers on March 8, 2005. Plaintiff has since re-noticed this deposition six times, finally scheduling this deposition for July 29, 2005. Plaintiff has since been provided information from Defendants' counsel's office that Mr. Hayes is unavailable for said deposition. Discovery is scheduled to close on August 10, 2005.

Plaintiff submits the Attached Memorandum in support of her Motion.

**Plaintiff requests a hearing as the Court deems necessary to resolve this Motion.**

Respectfully Submitted,
Amy Rota
By Her Attorney,

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-245-5802
401-245-4520 (FAX)

**CERTIFICATION**

I hereby certify that, on July 22, 2005, a true copy of the above was served by regular first class mail upon counsel to the defendant, Neal McNamara, One Financial Plaza, Suite 1800, Providence, RI 02901 by Regular Mail.)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

AMY ROTA,
Plaintiff

C.A. No.04-217 L

GORDON'S JEWELERS &
ZALE CORPORATION,
Defendants

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER MOTION TO COMPEL THE DEPOSITION OF SCOTT HAYES**

Now comes the Plaintiff and files this Memorandum in Support of her Motion to Compel the Deposition of Scott Hayes.

In support of her Motion, Plaintiff asserts that she first noticed Defendants that she wished to take the deposition of Scott Hayes, Regional Manager of Gordon's Jewelers on March 8, 2005. Plaintiff has since re-noticed this deposition six times, most recently scheduling this deposition for July 29, 2005. On or about July 20, 2005, Plaintiff received notice from Defendants' counsel's office that Mr. Hayes was on "stress-related" medical leave and would be unavailable, indefinitely, for said deposition. On July 22, 2005, Plaintiff's counsel was notified that Defendants' would not reveal contact information regarding Mr. Hayes (i.e., his address), to enable Plaintiff to serve a subpoena, and would move to quash any subpoena issued to Mr. Hayes, through the office of Defendants' counsel. Currently, discovery is scheduled to close on August 10, 2005.

The Plaintiff's Complaint alleges harassment and discrimination based on gender in regard to the terms and conditions of her employment. The Plaintiff has averred that Mr. Hayes has direct knowledge of the facts and allegations cited in Plaintiff's Complaint, including the fact that she reported existing workplace misconduct directly to him, as one her supervisors, in an effort to avail herself of any internal mechanism the employer may have had available to redress a hostile workplace. The Defendants have

had approximately five months notice that the Plaintiff had the intention to depose Mr. Hayes, and it was not until approximately ten days prior to the sixth rescheduling of Mr. Hayes deposition, and just prior to the close of discovery, that the Plaintiff was notified that Mr. Hayes is indefinitely unavailable for his deposition. Defendants have made no assertion that Mr. Hayes is unable, for medical reasons, to meaningfully participate in his deposition, nor indicated any timeframe regarding his future availability. Denying Plaintiff's Motion to Compel Mr. Hayes' deposition at this late date will undeniably prejudice the Plaintiff, and deny her the reasonable opportunity to examine this significant witness.

Based on these facts, the Plaintiff respectfully requests that her Motion be GRANTED.

**Plaintiff requests a hearing as the Court deems necessary to resolve this Motion.**

Respectfully Submitted,
Amy Rota
By Her Attorney,

Stephen Fanning

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-245-5802
401-245-4520 (FAX)

**CERTIFICATION**

I hereby certify that, on July 22, 2005, a true copy of the above was served by regular first class mail upon counsel to the defendant, Neal McNamara, One Financial Plaza, Suite 1800, Providence, RI 02901 by Regular Mail.)

Stephen Fanning