UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMY ROTA,<br>Plaintiff<br><br>v.<br><br>GORDON'S JEWELERS &<br>ZALE CORPORATION<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No.: 04-217 L |

**ASSENTED TO MOTION OF DEFENDANTS' GORDON'S JEWELERS AND ZALE CORPORATION TO EXTEND DISCOVERY**

Defendants Gordon's Jewelers and Zale Corporation hereby move to extend the close of discovery in this matter from August 10, 2005 up to and including October 28, 2005. The reason for the extension is that, although several depositions have been taken, several more still need to be taken in the time remaining for discovery. In addition, Defendant is waiting for additional documents from plaintiff so that it can complete plaintiff's deposition. Finally, witness Scott Hayes is currently on FMLA leave, which will end no later than the beginning of October. A discovery

extension will provide sufficient time for his deposition to be taken before October 28, 2005. Plaintiff's counsel agrees to this extension of discovery.

DEFENDANTS,
GORDON'S JEWELERS &
ZALE CORPORATION

By their attorneys,

HOLLAND & KNIGHT LLP

Neal J. McNamara (#4249)
Robert J. Crohan Jr. (#6516)
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax (401) 553-6850

CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2005, I served a true and accurate copy of the within document via regular mail, postage prepaid to:

Stephen Fanning, Esq.
305 South Main Street
Providence, RI 02903

# 3092632_v1