UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMY ROTA,<br>Plaintiff,<br><br>v.<br><br>GORDON'S JEWELERS<br>& ZALE CORPORATION<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04-217L |

**DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF SCOTT HAYES**

Defendants Gordon's Jewelers and Zale Corporation hereby object to plaintiff's Motion to Compel the Deposition of Scott Hayes. In support of their objection, Defendants rely on the arguments set forth in the accompanying Memorandum.

Respectfully submitted,

GORDON'S JEWELERS and
ZALE CORPORATION,

By their Attorneys,

HOLLAND & KNIGHT LLP

Neal J. McNamara (#4249)
Robert J. Crohan Jr. (#6516)
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax. (401) 553-6850

July 28, 2005

CERTIFICATE OF SERVICE

I hereby certify that on the 28 of July 2005, I mailed a true and accurate copy of the foregoing document to:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

# 3098524_v1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMY ROTA,<br>Plaintiff,<br><br>v.<br><br>GORDON'S JEWELERS<br>& ZALE CORPORATION<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04-217L |

**MEMORANDUM IN SUPPORT OF OBJECTION TO PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF SCOTT HAYES**

The plaintiff in this employment discrimination action has moved to compel the attendance at deposition of Scott Hayes, the District Manager of the stores where the plaintiff was employed. Defendants object on the grounds that Hayes is presently out of work on leave pursuant to the Family and Medical Leave Act. Hayes' physician has certified that he has a serious health condition, and has advised that subjecting Hayes to a the rigors and stress of a deposition would be harmful to his health.

Hayes' FMLA leave will expire in early October. Moreover, defendants have filed a motion to extend the discovery deadline to October 28, 2005, and plaintiff has assented to that motion. Defendants have informed plaintiff that they will make Hayes available for deposition after his return from FMLA leave expires and before the expiration of the discovery deadline. Given that a deposition will presently pose a threat to Hayes' health, and that he can be deposed at a later date within the discovery period, the Defendants request that the Court deny plaintiff's motion.

Respectfully submitted,

GORDON'S JEWELERS and
ZALE CORPORATION,

By their Attorneys,

HOLLAND & KNIGHT LLP

Neal J. McNamara (#4249)
Robert J. Crohan Jr. (#6516)
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax. (401) 553-6850

CERTIFICATE OF SERVICE

I hereby certify that on the 28 of July 2005, I mailed a true and accurate copy of the foregoing document to:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

# 3097859_v1