UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUL 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMY ROTA,<br>Plaintiff<br><br>v.<br><br>GORDON'S JEWELERS &<br>ZALE CORPORATION<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No.: 04-217 L |

**ASSENTED TO MOTION OF DEFENDANTS' GORDON'S JEWELERS AND ZALE CORPORATION TO EXTEND DISCOVERY**

Defendants Gordon's Jewelers and Zale Corporation hereby move to extend the close of discovery in this matter from August 10, 2005 up to and including October 28, 2005. The reason for the extension is that, although several depositions have been taken, several more still need to be taken in the time remaining for discovery. In addition, Defendant is waiting for additional documents from plaintiff so that it can complete plaintiff's deposition. Finally, witness Scott Hayes is currently on FMLA leave, which will end no later than the beginning of October. A discovery

Granted: Ronald R. Lagueux
Sr. USDJ 8/3/05