UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

AMY ROTA,
Plaintiff

C.A. No.04-217 L

GORDON'S JEWELERS &
ZALE CORPORATION,
Defendants

PLAINTIFF'S WITHDRAWAL OF HER MOTION TO COMPEL THE DEPOSITION OF SCOTT HAYES

Now comes the Plaintiff and files this Withdrawal of Her Motion to Compel the Deposition of Scott Hayes.

The Plaintiff's Motion is scheduled for Hearing of August 19, 2005. Since the Motion was filed, the Defendants, with the Plaintiff's assent, were granted an extension of the discovery period until October 28, 2005. The witness who is the subject of this Motion is currently on medical leave, but the Defendants have indicated that his leave period will end before the new close of discovery date. Therefore, any obstacle to the Defendants presenting him for the deposition, prior to the close of discovery, should not exist.

Respectfully Submitted,
Amy Rota
By Her Attorney,

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-245-5802
401-245-4520 (FAX)

ENTER.

DAVID L. MARTIN
United States Magistrate Judge
August 17, 2005

**CERTIFICATION**

I hereby certify that, on August 11, 2005, a true copy of the above was served by regular first class mail upon counsel to the defendant, Neal McNamara, One Financial Plaza, Suite 1800, Providence, RI 02901 by Regular Mail.