UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 04-217L** **DATE: August 19, 2005**

**TITLE: AMY ROTA v. GORDON'S JEWLERS, ET AL**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Stephen Fanning**

**Defendant: Jennifer Cervenka**

****************************************************************************

**Proceedings: Plaintiff's Motion to Compel Responses to Interrogatories and Plaintiff's Motion to Compel Production of Documents**

**All counsel of record present. Plaintiff present. Mr. Fanning argues motion. Defendant states objections. Court grants in part and denies in part the motion to compel interrogatories. Both sides argue motion to compel production of documents. Court grants in part and denies in part the motion to compel documents. Mr. Fanning to prepare an order.**