AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

Amy Rota

v.

Gordon's Jewelers, et al.

APPEARANCE

CASE NUMBER: 04-217L

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jennifer Cervenka, Holland & Knight LLP, on behalf of Defendants Gordon's Jewelers & Zale Corporation

I certify that I am admitted to practice in this court.

8/19/05
*Date*

[signature]
*Signature*

Jennifer Cervenka 6340
*Print Name* *Bar Number*

One Financial Plaza, Ste 1800
*Address*

Providence RI 02903
*City* *State* *Zip Code*

401.824.5109 401.553-6850
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher