UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMY ROTA, Plaintiff | : | |
| v. | : | C.A. No.: 04-217 L |
| GORDON'S JEWELERS & ZALE CORPORATION Defendants | : | |

**DEFENDANTS' MOTION TO COMPEL ANSWERS TO SECOND SET OF INTERROGATORIES AND SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendants Gordon's Jewelers and Zale Corporation hereby move to compel the plaintiff to answer Defendants' Second Set of Interrogatories and Defendants' Second Request For Production of Documents. As ground therefor, Defendants state that they served the foregoing discovery requests on June 27, 2005. Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, plaintiff had 30 days, plus an additional three days provided by Rule 6, or until August 1, 2005, to serve her answers to interrogatories and response to the request for production. Plaintiff failed to respond to the discovery requests within the time mandated by the respective rules, and as of the date of this motion, Defendants have still not received plaintiff's discovery responses.

For the reasons stated, Defendants request an order compelling the plaintiff to answer Defendant's Second Set of Interrogatories and produce documents responsive to Defendant's Second Request for Production of Documents within ten (10) days of the granting of this motion.

RULE 37(a)(2)(B) CERTIFICATE

Defense counsel certifies, pursuant to Federal Rule of Civil Procedure 37(a)(2)(B), that he conferred with plaintiff's counsel in an attempt to secure the discovery responses without court action.

DEFENDANTS,
GORDON'S JEWELERS and
ZALE CORPORATION

By their attorneys,

HOLLAND & KNIGHT LLP

Neal J. McNamara (#4249)
Robert J. Crohan Jr. (#6516)
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax (401) 553-6850

CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2005, I served a true and accurate copy of the within document via regular mail, postage prepaid to:

Stephen Fanning, Esq.
305 South Main Street
Providence, RI 02903

# 3169661_v1