UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

AMY ROTA,
Plaintiff

C.A. No.04-217 L

v.

GORDON'S JEWLER'S &
ZALE CORPORATION
Defendants

PLAINTIFF'S OPPOSITION AND OBJECTION TO DEFENDANTS' MOTION TO COMPEL ANSWERS TO SECOND SET OF INTERROGATORIES AND SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

Now comes the Plaintiff, AMY ROTA, and hereby files this Opposition and Objection to Defendants' Motion to Compel Answers to Second Set of Interrogatories and Second Request for Production of Documents

With respect to Defendants' Second Set of Interrogatories, Plaintiff is in the process of responding to Defendants to the best of her ability. To the extent any requested information is not available or not currently in Plaintiff's custody or control, Plaintiff is attempting to remediate this situation and will supplement her information in order to provide complete responses as appropriate.

With respect to Defendants' Second Request of Documents, Plaintiff is in the process of responding to Defendants to the best of her ability. To the extent any requested information is not available or not currently in the Plaintiff's custody or control, Plaintiff is attempting to remediate this situation and will supplement her information in order to provide complete responses as appropriate.

On this basis, Plaintiff respectfully avers that she is fulfilling her ongoing discovery obligations, and requests that the Defendants Motion be DENIED.

**REQUEST FOR A HEARING**

Plaintiff respectfully requests that the Court schedule a hearing on this matter.

Respectfully Submitted,
Amy Rota
By Her Attorney,

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-245-5802
401-245-4520 (FAX)

**CERTIFICATION**

I hereby certify that, on September 6, 2005, a true copy of the above was delivered by first class regular mail to Robert J. Crohan, Jr., Holland & Knight, 2800 One Financial Plaza—Suite 1800, Providence, RI 02903 counsel to the Defendants.

Date 9/6/05