RECEIVED
SEP 02 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

AMY ROTA,
Plaintiff

C.A. No. 04-217L

v.

GORDON'S JEWELERS
& ZALE CORPORATION,
Defendants

**ORDER**

On August 19, 2005, the parties came before this Court, before the Honorable Magistrate Judge David L. Martin, for hearing on Plaintiff's Motion to Compel Responses to certain of Plaintiff's Interrogatories and First Request for Production of Documents. Prior to hearing, the parties were able to resolve most areas of dispute. With respect to any remaining issues, and following hearing on this matter, it is hereby:

**ORDERED, ADJUDGED, AND DECREED**

1. Plaintiff's Motion is **granted** as to her **Interrogatory No. 16**, insofar as Defendant shall provide a list of all current and former employees, employed in the Defendant's Warwick, Rhode Island store, for any period of time between the dates of March 1, 2002 through December 31, 2003. The list to be provided shall include sufficient information, as available from Defendants' records, including names and addresses, to permit Plaintiff to contact those listed individuals.

2. Plaintiff's Motion is **granted** as to her **Document Request No. 16,** insofar as Defendant shall provide a written statement or other document stating the Defendants' policy(ies), during the period at issue in this action, regarding the retention and storage of disciplinary information pertaining to an employee, including how long such information was to be maintained.

3. Plaintiff's Motion is **granted** as to her **Document Request No. 22 and 23,** insofar as the Defendant shall provide, for the period of January 1, 2003 through December 31, 2003, a statement or documents sufficient to show the earnings of Plaintiff and all other part-time and full-time sales associates, including base pay and commissions, in the Defendants' Warwick, Rhode Island and Taunton, Massachusetts stores.

ORDERED: David L. Martin USMJ

DATE: 9-9-05

APPROVED: ______________________

Respectfully Submitted,

Amy Rota
By her Attorney,

Stephen Fanning

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250
FAX: 401-272-4520

**CERTIFICATION**

I hereby certify that a true and accurate copy of the above was sent by regular first class mail, postage prepaid, and facsimile transmission, to Neal Macnamara, Esq. and Jennifer Cervenka, Esq. One Financial Plaza, Suite 1800, Providence, RI 02903, on the date indicated below.

Stephen Fanning

Date: 8/29/05