UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMY ROTA,<br>Plaintiff<br><br>v.<br><br>GORDON'S JEWELERS &<br>ZALE CORPORATION<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No.: 04-217 L |

**DEFENDANTS' WITHDRAWAL OF MOTION TO COMPEL ANSWERS TO SECOND SET OF INTERROGATORIES AND SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendants Gordon's Jewelers and Zale Corporation hereby withdraws its motion to compel the plaintiff to answer Defendants' Second Set of Interrogatories and Defendants' Second Request For Production of Documents. The above-captioned action has settled. Defendants hereby withdraw their motion to compel.

DEFENDANTS,
GORDON'S JEWELERS and
ZALE CORPORATION

By their attorneys,

HOLLAND & KNIGHT LLP

[signature]

Neal J. McNamara (#4249)
Robert J. Crohan Jr. (#6516)
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax (401) 553-6850

Dated: October 7, 2005

CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2005, I served a true and accurate copy of the within document via regular mail, postage prepaid to:

Stephen Fanning, Esq.
305 South Main Street
Providence, RI 02903

Marilyn [signature]

# 3284984_v1