UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
OCT 0 7 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

AMY ROTA,
Plaintiff

v. C.A. No.: 04-217 L

GORDON'S JEWELERS &
ZALE CORPORATION
Defendants

**DEFENDANTS' WITHDRAWAL OF MOTION TO COMPEL ANSWERS TO SECOND SET OF INTERROGATORIES AND SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendants Gordon's Jewelers and Zale Corporation hereby withdraws its motion to compel the plaintiff to answer Defendants' Second Set of Interrogatories and Defendants' Second Request For Production of Documents. The above-captioned action has settled. Defendants hereby withdraw their motion to compel.

DEFENDANTS,
GORDON'S JEWELERS and
ZALE CORPORATION

By their attorneys,

HOLLAND & KNIGHT LLP

Neal J. McNamara (#4249)
Robert J. Crohan Jr. (#6516)
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax (401) 553-6850

☐ Referred to U.S.M.J. Martin
☐ for findings & accommendations
☒ for determination
☐ ______
Ronald R. Lagueux, Senior U.S. District Judge
Date: 10-14-05

Dated: October 7, 2005

ENTER.

DAVID L. MARTIN
United States Magistrate Judge
October 14, 2005