UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMY ROTA,
Plaintiff

C.A. No.: 04-217L

v.

GORDON'S JEWELERS &
ZALE CORPORATION,
Defendants

**STIPULATION OF DISMISSAL**

The undersigned hereby stipulate and agree that the above-captioned matter may be dismissed with prejudice, each side to bear its own attorney's fees, costs, and expenses.

For the Plaintiff:
By Her Attorney,

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 (FAX)

For the Defendants:
By Their Attorney,

Neal J. McNamara #4249
Holland & Knight
One Financial Plaza, Suite 1800
Providence, RI 02903
401-751-8500
401-553-6850

ENTER[redacted]:

Ronald R. Lagueux
Senior U.S. District Judge
11/29/05

PER ORDER:

Clerk

RECOMMEND APPROVAL:

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: November 18, 2005